THE UNION COUNTY PARK COMMISSION, A BODY POLI-
TIC OF THE STATE OF NEW JERSEY, PLAINTIFF-AP-
PELLANT, v. THE COUNTY OF UNION, A BODY POLITIC
OF THE STATE OF NEW JERSEY, DEFENDANT-RE-
SPONDENT, v. THE COUNTY OF HUDSON, A BODY
POLITIC OF THE STATE OF NEW JERSEY, DEFEND-
ANT-INTERVENOR.

Superior Court of New Jersey
Appellate Division

Argued May 3, 1977—Decided June 3, 1977.
Certification Denied September 27, 1977.

Before Judges LYNCH, MILMED and ANTELL.

*Mr. Richard R. Width* argued the cause for appellant
(*Messrs. Lindabury, McCormick & Estabrook,* attorneys).

*Mr. William J. McCloud,* County Counsel, argued the
cause for respondent County of Union.

*Mrs. Frances Lawrence Antonin,* Assistant County Coun-
sel, argued the cause for intervenor County of Hudson (*Mr.
Harold J. Ruvoldt, Jr.,* Hudson County Counsel, attorney).

PER CURIAM. The order of June 17, 1976 under review
is affirmed, substantially for the reasons expressed by Judge
Feller in his opinion, 154 *N. J. Super.* 213 (Law Div. 1976).